1  Name: Sean Matthew Finnegan
2  Address: 325 North Maple Drive Unit 961 Beverly Hills, California 90213
3  Telephone Phone: 470-552-6767
4  Email: info@liquideventsworldwide.com

FILED
CLERK, U.S. DISTRICT COURT

4/5/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: DTA  DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FEE DUE
LN

Case No.: 2:21-cv-03085-MCS-ASx
(assigned at time of filing)

Sean Matthew Finnegan,

Plaintiff(s),

**COMPLAINT**

v.

The City of Atlanta Municipal Court

Defendant(s).

I. **RELATED CASES**

   a. Do you have other Civil Case(s) in this or any other federal court?

      ☐ Yes  ☒ No

   b. If yes, please list the case numbers here:

II. **STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

On or around December 1, 2020, the plaintiff was arrested for "Fraud Schemes." The plaintiff was in route to an emergency room for a lifethreatening matter. The marta train agent advised the plaintiff to enter without paying. When the plaintiff did so, he was approached by three Marta police officers, whom knew his name prior to identification being forcefully taken from the plaintiff. The officers arrested the plaintiff for failure to pay and an outstanding warrant for "theft by taking." A separate case is being filed in this court for breach of contract and false statements regarding the plaintiffs former relationship with Reyes Management group. The plaintiff was taken to The City of Atlanta Municipal Jail where he went into Cardiac Arrest and was denied medical treatment, an attorney, food or a phone call. The plaintiff was also physically assulted by an officer. The plaintiff demands a subpoena for the jails video footage be surrendered. The plaintiff was assigned a Public Defender whom failed to communicate with the plaintiff. The Judge reset the first hearing for an unknown matter, forcing the plaintiff to remain hostage to the case and ensure the plaintiffs reputation would continue to suffer. Prior to the ~~process~~ most recent hearing, the judge was made aware of the plaintiffs medical situation. Documentation and a reset request² was sent, yet the judge entered a FTA. The plaintiff has a protection order on the judge and is awaiting a hearing date

III.  **RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)*

Plaintiff demands the following:

① If there was a warrant issued for FTA, warrant be remotly cleared.

② The case be dismissed.

③ The case be sealed and expunged from all records.

④ The defendant advance payment for any and all costs, expenses ~~eolesens~~ and fees associated with this filing.

⑤ The defendant remit payment for damages in the amount of $500,000,000.00 to a foundation of the Plaintiff's choice.

⑥ No further legal action be taken on the plaintiff.

⑦ The court provide explination for the reset of the first hearing.

IV. **DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☒ Yes   ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

4/3/21
Date

Signature

Sean Matthew Finnegan
Printed Name

